| CO | DIV | CREW | EMPL. NO. | EMPLOYEE NAME | | PERIOD END DATE | DEPT./LAST JOB | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 15636 | 20047 | ALTMAN, ANDREW L | | 06/30/2019 | 104149 | 289920 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | |
| REGULAR HOURS | 40.00 | 37.200 | 1,488.00 | IOWA | 169.00 | |
| OVERTIME HOURS | 18.00 | 55.800 | 1,004.40 | DUES | 74.78 | |
| | | | | VACATION DED | 149.53 | |
| | | | | HOLIDAY DED | 49.84 | |
| | | | | GARN FIXED 1 | 126.00 | |
| | | | | COPE LOCAL 22 | 2.90 | |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 2,492.40 | 70.55 | 190.67 | 169.00 | .00 | | |
| YTD | 11,883.06 | 390.50 | 909.06 | 758.00 | .00 | | **1,659.13 |
| | GROSS EARNINGS | FEDERAL WITH TAX | FICA | STATE TAXES | LOCAL TAXES | | |

| CO | DIV | CREW | EMPL. NO | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT/LAST JOB | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 15636 | 20047 | ALTMAN, ANDREW L | | 07/07/2019 | 104149 | 290698 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | |
| REGULAR HOURS | 8.00 | 37.200 | 297.60 | IOWA | 12.00 | |
| OVERTIME HOURS | 2.00 | 55.800 | 111.60 | DUES | 12.28 | |
| | | | | VACATION DED | 24.55 | |
| | | | | HOLIDAY DED | 8.18 | |
| | | | | GARN FIXED 1 | 126.00 | |
| | | | | COPE LOCAL 22 | .50 | |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 409.20 | .00 | 31.30 | 12.00 | .00 | | |
| YTD | 12,292.26 | 390.50 | 940.36 | 770.00 | .00 | | **194.39 |
| | GROSS EARNINGS | FEDERAL WITH TAX | FICA | STATE TAXES | LOCAL TAXES | | |

| CO | DIV | CREW | EMPL NO | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT/LAST JOB | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 15636 | 20047 | ALTMAN, ANDREW L | | 07/14/2019 | 104149 | 291435 |

Document      Page 3 of 3

| EARNINGS | | | | DEDUCTIONS/BENEFITS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | |
| REGULAR HOURS | 9.00 | 37.200 | 334.80 | IOWA | 8.00 | |
| | | | | DUES | 10.04 | |
| | | | | VACATION DED | 20.09 | |
| | | | | HOLIDAY DED | 6.70 | |
| | | | | GARN FIXED 1 | 126.00 | |
| | | | | COPE LOCAL 22 | .45 | |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 334.80 | .00 | 25.61 | 8.00 | .00 | | |
| YTD | 12,627.06 | 390.50 | 965.97 | 778.00 | .00 | | **137.91 |
| | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A | STATE TAXES | LOCAL TAXES | | |